**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7612**

———————

UNITED STATES OF AMERICA,

                                     Plaintiff - Appellee,

    versus

DAVID LOUIS MCPHERSON,

                                     Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Malcolm J. Howard, District Judge. (CR-00-81-H, CA-02-58-H)

———————

Submitted: January 16, 2003      Decided: January 24, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Louis McPherson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Louis McPherson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000).  We have reviewed the record and conclude for the reasons stated by the district court that McPherson has not made a substantial showing of the denial of a constitutional right.  See United States v. McPherson, Nos. CR-00-81-H; CA-02-58-H (E.D.N.C. July 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal.  See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2